UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>    Petitioner,<br><br>    v.<br><br>IMMIGRATION AND NATURALIZATION SERVICES,<br><br>    Respondent. | No. 2:23-cv-1884-TLN-DB<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 13, 2024, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) Petitioner filed objections to the findings and recommendations. (ECF No. 13.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on June 13, 2024 (ECF No. 12), are ADOPTED IN FULL;
2. Petitioner's Motion to Stay (ECF No. 8) is DENIED;
3. Petitioner's Second Amended Petition (ECF No. 11) is DISMISSED without leave to amend;
4. The Clerk of the Court is directed to close this case; and
5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**Date: July 22, 2024**

 ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄ ̄
Troy L. Nunley
United States District Judge